# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00830-CV

**Trisun Healthcare, LLC and Brian Threadgill, Appellants**

**v.**

**Michael Kumets, Pavel Kumets, and Strul Kumets, Individually and as next friend for Yevgeniya Kumets, Appellees**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
NO. 10-139-C368, HONORABLE BURT CARNES, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellants Trisun Healthcare, LLC and Brian Threadgill have filed an unopposed motion to dismiss as moot their accelerated interlocutory appeal against appellees Michael Kumets, Pavel Kumets, and Strul Kumets, Individually and as next friend for Yevgeniya Kumets. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed on Appellant's Motion

Filed:   May 5, 2011